IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KATHLEEN PINTO,<br><br>    Plaintiff,<br><br>v.<br><br>SEA ISLAND RESORT, LLC,<br><br>    Defendant. | CIVIL ACTION NO.: 2:24-cv-80 |

**O R D E R**

The parties filed a Joint Motion to Stay Deadlines Pending Mediation. Doc. 12. The parties state they have agreed to engage in private mediation and are in the process of scheduling a mediation. Id. at 1. The Court **GRANTS** the parties' Motion and **STAYS** the proceedings in this case, including all deadlines, while the parties attempt to mediate this case. The parties are to notify the Court on or before December 13, 2024, whether the mediation was successful. If the mediation is not successful, this stay shall lift automatically, and Defendant shall file its responsive pleading on or before December 20, 2024.

**SO ORDERED**, this 11th day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA